IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

**FILED**
UNITED STATES DISTRICT COURT
DENVER, COLORADO

OCT 17 2005

GREGORY C. LANGHAM
CLERK

Civil Action No. 05-cv-01519-OES

KYLE KEITH KILGORE,

    Applicant,

v.

AL ESTEP, Warden, and
COLORADO ATTORNEY GENERAL,

    Respondents.

### MINUTE ORDER

ORDER ENTERED BY MAGISTRATE JUDGE O. EDWARD SCHLATTER

Applicant's motion for stay and abeyance filed on October 12, 2005, is DENIED.

Dated: October 17, 2005

Copies of this Minute Order mailed on October 17, 2005, to the following:

Kyle K. Kilgore
Prisoner No. 65095
Limon Correctional Facility
49030 State Hwy. 71 – Unit 6
Limon, CO 80826

Secretary/Deputy Clerk